**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ALIS PHILLIPS, and
JAY C. PHILLIPS,

    Plaintiffs,

vs.                                  Case No. 3:04-cv-1246-J-32HTS

KATHY TAYLOR HARPER,

    Defendant.
_____

**O R D E R**

This cause is before the Court on the Motion for Protective Order or, Alternatively, Motion to Quash Subpoena (Doc. #12; Motion), filed on June 9, 2005. The discovery at issue is hereby **STAYED** pending resolution of the Motion. In addition, pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, Tax Plus Solutions, Inc., shall file a certificate of conference for the Motion within five (5) days of the date of this Order.

**DONE AND ORDERED** at Jacksonville, Florida this 13th day of June, 2005.

                                      /s/       Howard T. Snyder
                                      HOWARD T. SNYDER
                                      UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    *pro se* parties, if any