**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ALIS PHILLIPS, and
JAY C. PHILLIPS,

    Plaintiffs,

vs.                              Case No. 3:04-cv-1246-J-32HTS

KATHY TAYLOR HARPER,

    Defendant.
_____

**O R D E R**

This cause is before the Court on Defendant's Motion for Compulsory Medical Examination of Plaintiff (Doc. #18; Motion), filed on October 11, 2005. It is represented counsel for the Plaintiff does not object to the relief requested in the Motion. *Id.* at 2.

Because Alis Phillips's "physical condition is in controversy[,]" *id.*, Defendant seeks permission to have her examined by an orthopaedic surgeon. *Id.* at 1. It is contended "she claims back, neck and wrist injuries" and the doctor "will examine [her] to determine her impairment(s) and whether the impairment(s) was/were caused or contributed [to] by the subject automobile accident." *Id.* at 2.

The Court finding good cause for the requested examination, *see* Rule 35(a), Federal Rules of Civil Procedure, the Motion (Doc. #18) is **GRANTED** and Dr. Abraham Rogozinski shall conduct a physical examination of Alis Phillips on Friday, November 4, 2005, at 8:30 a.m. at the address provided on the Request for Compulsory Medical Examination of Plaintiff (Request),[1] attached to the Motion as Exhibit A.

**DONE AND ORDERED** at Jacksonville, Florida this 18th day of October, 2005.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    *pro se* parties, if any

---

[1] The text of the Request lists Hertz Corporation rather than Kathy Taylor Harper as a Defendant in this case.