UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ALIS PHILLIPS, and
JAY C. PHILLIPS,

    Plaintiffs,

vs.                          Case No. 3:04-cv-1246-J-32HTS

KATHY TAYLOR HARPER,

    Defendant.
_____

**O R D E R**

    This cause is before the Court on the Joint Motion for Discovery Extension (Doc. #22; Motion), filed on November 10, 2005. The Motion requests that discovery be allowed to continue "until February 17, 2006." *Id.* at 1. No justification for the proposed extension is provided. Further, a memorandum of law has not been submitted in support of the Motion. *See* Rule 3.01(a), Local Rules, United States District Court, Middle District of Florida (Local Rules).

    On June 3, 2005, the Court entered the Case Management and Scheduling Order (Doc. #10; CMSO) in this case. Under the CMSO, the deadline for conducting discovery and filing dispositive motions is November 18, 2005. *Id.* at 1. The trial is set to take place in March of 2006. *Id.* The requested extension would impact these deadlines and no good cause has been shown therefor. *See* Rule 16(b), Federal Rules of Civil Procedure (Federal Rules).

In light of the foregoing, the Motion (Doc. #22) is **DENIED** without prejudice to the filing of a motion with the requisite showing in compliance with both the Federal and Local Rules.[1]

**DONE AND ORDERED** at Jacksonville, Florida this 15th day of November, 2005.

/s/    Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
   *pro se* parties, if any

---

[1] Of course, "[c]ounsel, by agreement, may conduct discovery after the formal completion date but should not expect the Court to resolve discovery disputes arising after the discovery completion date." Middle District Discovery (2001) at 3.