UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


ALIS PHILLIPS, and
JAY C. PHILLIPS,

      Plaintiffs,

vs.                                           Case No. 3:04-cv-1246-J-32HTS

KATHY TAYLOR HARPER,

      Defendant.
_____

**O R D E R**

    This cause is before the Court on the Amended Request for Compulsory Medical Examination of Plaintiff (Doc. #20; Motion), filed on October 25, 2005. Defendant was ordered to provide the Court with "a certificate of conference pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida" by November 3, 2005. Order (Doc. #21). On November 14, 2005, Defendant's Response to Court Order of October 31, 2005 (Doc. #24; Notice) was filed.

    According to the Notice, the Motion was submitted "to alter the date of [the] Compulsory Medical Examination" that had previously been ordered. *Id.* at 1. Further, "Plaintiff had no objection to the revision and [the Motion] was not meant to be a pleading on which ruling was requested." *Id.* at 2.

It is noted the examination was to occur on November 7, 2005. Motion at 1. That date has now passed. In light of the foregoing, the Motion (Doc. #20) is **DENIED** as **MOOT.**

**DONE AND ORDERED** at Jacksonville, Florida this 16th day of November, 2005.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
   *pro se* parties, if any